No. 152. Hernández, Petitioner, v. Foote, Judge of the District Court of Mayagüez, Respondent.—*Certiorari.* July 10, 1915. *Petition denied.*

No. 866. The People, Plaintiff and Respondent, v. Jiménez et al., Defendants and Appellants.—Aggravated assault and battery. San Juan, Section 2. July 17, 1915. *Judgment affirmed.*

No. 873. The People, Plaintiff and Respondent, v. Bigfield, Defendant and Appellant.—Breach of peace. Humacao. July 17, 1915. *Judgment affirmed.*

No. 871. The People, Plaintiff and Respondent, v. Daniel et al., Defendants and Appellants.—Violation of Sanitary Regulation. San Juan, Section 2. July 17, 1915. *Judgment affirmed.*

No. 876. The People, Plaintiff and Respondent, v. Busó et al., Defendants and Appellants.—Breach of peace. Humacao. July 17, 1915. *Judgment affirmed.*

No. 868. The People, Plaintiff and Respondent, v. Aguirre, Defendant and Appellant.—Aggravated assault and battery. Arecibo. July 17, 1915. *Judgment affirmed.*

No. 1189. Figueroa et al., Plaintiffs, Appellants and Respondents, v. Ledesma et al., Defendants, Respondents and Appellants.—Dissolution of partnership. Arecibo. July 19, 1915. *Appeal withdrawn.*